# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FIFTH DIVISION

| | |
|---|---|
| In Re: Brian Peltz and LeeAnn Peltz, )<br>)<br>Debtors. )<br>)<br>)<br>Freeport State Bank, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Brian Peltz and LeeAnn Peltz, )<br>)<br>Defendants. ) | **STIPULATION FOR<br>ENTRY OF JUDGMENT**<br><br><br>Bankruptcy No. 06-50383 (GFK)<br>Adversary Case No. 06-05057 |

Plaintiff, by and through its undersigned attorney, and Defendants, both personally and by and through their undersigned attorney, hereby enter into this Stipulation for the Entry of Judgment in the above-captioned adversary proceeding.

WHEREAS, Plaintiff has commenced this action for the recovery of money and for the determination that the obligation is nondischargeable; and

WHEREAS, Defendants have agreed to the entry of this Stipulation as part of their Chapter 12 plan, admit the matters set out in the Complaint and are willing to consent to the relief requested in the Complaint;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that Judgment may be entered as follows:

1. The amount of $48,720.00 of Debtors' obligation to Plaintiff which would otherwise be subject to discharge is excepted from discharge pursuant to 11 U.S.C. §523(a)(6).

Dated: May 10, 2007

RINKE NOONAN

By _____
James L. Wiant, #116774
Attorneys for Plaintiff
P.O. Box 1497
St. Cloud, MN 56302
(320) 251-6700

Dated: 4-23-07, 2007

_____
Brian Peltz

Dated: 4-23-07, 2007

_____
Le Ann Peltz

Dated: 5-7-07, 2007

By _____
Sam V. Calvert, #1431X
Attorney for Defendants
1011 Second Street North, Suite 107
PO Box 1044
St Cloud, MN 56302
(320) 252-4473

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FIFTH DIVISION

| | | |
|---|---|---|
| In Re:  Brian Peltz and LeeAnn Peltz, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Freeport State Bank, | ) | **ORDER FOR JUDGMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Brian Peltz and LeeAnn Peltz, | ) | Bankruptcy No. 06-50383 (GFK) |
| | ) | Adversary Case No. 06-05057 |
| Defendants. | ) | |

WHEREAS, the parties to this action have filed a stipulation providing for the entry of judgment determining that $48,720.00 of Debtors' obligation to Plaintiff which would otherwise be subject to discharge is excepted from discharge pursuant to 11 U.S.C. §523 (a)(6).

**IT IS HEREBY ORDERED**, that judgment be entered accordingly.

Dated: _____, 2007         _____
                                     Gregory F. Kishel
                                     Chief U.S. Bankruptcy Judge
                                     District of Minnesota